## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEENA KREMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02512-JAR |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL AS TO MID-AMERICAN CREDIT UNION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Neena Kremer ("Plaintiff") and Defendant Mid-American Credit Union ("MACU"), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's claims against MACU should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman  # 26113
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:   (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

and

**/s/ Michael Kopit**
Alan L. Rupe KS #08914

        Michael Kopit KS #25488
        Lewis Brisbois Bisgaard & Smith, LLP
        1605 North Waterfront Parkway, Suite 150
        Wichita, KS 67206
        Telephone: (316) 609-7900
        Facsimile: (316) 462-5746
        Alan.rup@lewisbrisbois.com
        Michael.kopit@lewisbrisbois.com
        *Attorneys for Defendant*
        *Mid American Credit Union*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of April 2022, the foregoing was electronically filed with the Clerk of the Court, which sends notice to all counsel of record.

        **/s/    Andrew M. Esselman**
        Attorney for Plaintiff