# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEENA KREMER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:21-cv-02512-JAR |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Neena Kremer hereby gives notice that she has reached settlement in principle with Defendant Equifax Information Services, LLC. The parties anticipate filing a *Stipulation of Dismissal* pursuant to Fed. R. Civ. P. 41(1)(A)(ii), within the next sixty (60) days.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman #26113
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:    (816) 246-7800
Fax:    (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

- 2 -

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

                                              **/s/   Andrew M. Esselman**
                                              Attorney for Plaintiff