# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEENA KREMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02512-JAR |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Neena Kremer ("Plaintiff") and Defendant Equifax Information Services, LLC. ("Equifax"), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**CREDIT LAW CENTER, LLC**

**/s/ Andrew M. Esselman**
Andrew M. Esselman  # 26113
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:   (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
**Counsel for Plaintiff**

and

**Polsinelli, P.C.**

        **/s/ G. Gabriel Zorogastua**
G. Gabriel Zorogastua #59643
900 W 48th Place, Suite 900
Kansas City, MO 64112
Email: gzorogastua@polsinelli.com
Counsel for Equifax Information Services, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of July 2022, the foregoing was electronically filed with the Clerk of the Court, which sends notice to all counsel of record.

**/s/      Andrew M. Esselman**
Attorney for Plaintiff